UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Andres Alcantara,

        Plaintiff,

—v—

Ralph E. Heims, *et al.*,

        Defendants.

DEC 0 5 2019

19-cv-3250 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    As discussed at the initial pre-trial conference on September 11, 2019, the parties were to submit a letter by December 2, 2019, indicating whether they sought referral to the Southern District's Mediation Program or to a Magistrate Judge for a settlement conference. *See* Dkt. No. 18. The Court is not in receipt of that letter. The parties are hereby ordered to submit such a letter on or before December 11, 2019.

    SO ORDERED.

Dated: December __, 2019
       New York, New York

_____
ALISON J. NATHAN
United States District Judge