UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Andres Alcantara,

                Plaintiff,

–v–

Heims et al,

                Defendants.

19 CV 03250 (AJN)

ORDER

FEB 2 1 2020

ALISON J. NATHAN, District Judge:

Due to the Court's unavailability, the post discovery conference previously scheduled for Friday, April 17, 2020 at 3:30 p.m. is hereby adjourned to Tuesday, April 21, 2020 at 11:15 a.m.

SO ORDERED.

Dated: Feb 21, 2020
New York, New York

_____
ALISON J. NATHAN
United States District Judge

1